UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20978-CIV-WILLIAMS/SIMONTON

**MARLETH BIASIELLO,**

    Plaintiff,

v.

**A. GALLERANI, M.D., PLLC, et al,**

    Defendants.
_____/

## ORDER RESETTING SETTLEMENT CONFERENCE

The Honorable Kathleen M. Williams, United States District Judge, has referred this case to United States Magistrate Judge Andrea M. Simonton to conduct a settlement conference, ECF No. [20]. After a settlement conference was set for October 1, 2014, ECF No. [22], Defendant filed a Motion to Continue Settlement Conference based on a scheduling conflict with his client, ECF No. [28]. The Court denied that motion, without prejudice for failure to comply with the Order Scheduling Settlement Conference and Local Rule 7.1(a)(3), ECF No. [30]. A telephonic hearing was set for September 26, 2014 to address rescheduling, ECF No. [33]. The Parties appeared telephonically on that day and after the Court had the opportunity to hear from both Parties, the date for the settlement conference was changed. Therefore, it is hereby

**ORDERED AND ADJUDGED** as follows:

A settlement conference in this matter is reset before the undersigned for Tuesday, October 28, 2014, at 2:00 p.m. in Courtroom 6 on the 10th Floor of the James Lawrence King Federal Justice Building located at 99 N.E. 4th Street, Miami, Florida 33132. Two hours have been allotted for the settlement conference, although the

parties should be prepared to attend for a longer period of time if the circumstances so warrant.

On or before October 23, 2014, Defendant shall file a response to the Statement of Claim.

On or before October 23, 2014 the Parties shall exchange all documents to support the claims and defenses; and

On or before October 23, 2014, each Party shall file a certificate of compliance with this Order.

**DONE AND ORDERED** in chambers at Miami, Florida, on September 26, 2014.

*Andrea M. Simonton*

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
The Honorable Kathleen M. Williams,
  United States District Judge
All counsel of record